**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   TJ Acquirers, LLC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   4611 Northaven Rd.
   Number   Street

   Dallas             TX   75229-4226
   City               State  ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City    State    ZIP Code

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

Debtor _____   Case number (if known) _____   page 2
      Name

6. **Debtor's website (URL)** _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify. _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☒ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____  Case number, if known _____
                                                  MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____ Date filed _____  Case number, if known _____
                                                  MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a)

    At least one box must be checked:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205              Involuntary Petition Against a Non-Individual              page 2

Debtor _____ Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Robert Beserra | Contract For Sale | $ |
| Sophia Beserra | Contract For Sale of Property | $ |
| | | $ |
| | Total of petitioners' claims | $1,000,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner

Robert Beserra
Name
6111 Northaven Rd
Number   Street
Dallas      TX      75093
City        State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____ Name
_____ Number Street
_____ City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __/__/____
           MM /DD /YYYY

X _signature_
(Signature of petitioner or representative, including representative's title)

Larry K. Hercules
Printed name

Firm name, if any
_____

1400 Preston Rd. #400
Number  Street
Plano       TX      75093
City        State   ZIP Code

Contact phone 972 964 9157  Email lkhercules@yahoo.com

Bar number 09504200

State TX

X _Larry K Hercules_
Signature of attorney

Date signed 06/06/2018
           MM /DD /YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____  Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Name: Sophia Beserra
Number Street: 6111 Northaven Rd
City: Dallas   State: TX   ZIP Code: 75093

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __ MM / DD / YYYY __

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Larry K Hercules
Firm name, if any: _____
Number Street: 1400 Preston Rd #400
City: Plano   State: TX   ZIP Code: 75093
Contact phone: 972-964-9157   Email: lkhercules@yahoo.com
Bar number: 09504200
State: TX

✗ Larry H. Hercules
Signature of attorney

Date signed: __ MM / DD / YYYY __

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __ MM / DD / YYYY __

✗ Sophia Beserra
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

✗ _____
Signature of attorney

Date signed: __ MM / DD / YYYY __

Official Form 205   Involuntary Petition Against a Non-Individual   page 4